NO. 07-11-0148-CR

 

IN THE COURT OF APPEALS

 

FOR THE SEVENTH DISTRICT OF TEXAS

 

AT AMARILLO

 

PANEL A

 

APRIL 28, 2011

______________________________

 

 

THOMAS WYATT, APPELLANT

 

V.

 

THE STATE OF TEXAS, APPELLEE

 

_________________________________

 

FROM THE 427TH DISTRICT COURT OF TRAVIS
COUNTY;

 

NO. D-1-DC-08-205299; HONORABLE JIM CORONADO, JUDGE

 

_______________________________

 

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

MEMORANDUM OPINION

            Pending before this
Court is Appellant's Motion to Dismiss Appeal in
which he represents that after consultation with his attorney, he no longer
wishes to pursue this appeal.  As
required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion
is signed by Appellant and his attorney. 
No decision of this Court having been delivered, the motion is granted
and the appeal is dismissed.  No motion
for rehearing will be entertained and our mandate will issue forthwith.

                                                                                    Patrick
A. Pirtle

                                                                                          Justice

 

Do not publish.






lly and
factually sufficient to support the court’s finding that the home of J.W.M. did not provide
him the statutorily specified resources for meeting the conditions of a probation order. 
J.W.M. has not demonstrated the juvenile court abused its discretion by committing him
to TYC. We overrule J.W.M.’s first and second issues.
Conclusion
          Having overruled the two issues J.W.M. presents, we affirm the judgment of the trial
court.
 
                                                                           James T. Campbell 
                                                                                   Justice